

**NUMBER 13-08-00683-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROBERT BECHO,**                                                                          **Appellant,**

**v.**

**ARACELI RAMIREZ,**                                                                      **Appellee.**

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

The parties to this appeal have filed a joint motion asking the Court to dismiss this appeal. According to the motion, the parties have remarried and reached an agreement to settle and compromise their differences. They ask this Court to render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The parties have agreed that appellee confesses error in the judgment below of the trial court's grant of a permanent injunction against appellant; that appellee confesses error in the judgment below of the trial court's order that appellant owes retroactive child support; that appellee agrees to take nothing with respect to her request for a permanent injunction; and that appellee agrees to take nothing with respect to her request for retroactive child support. The parties' remarriage renders moot the issues concerning conservatorship, possession, and access.

We GRANT the joint motion to dismiss. We RENDER judgment effectuating the parties' settlement agreement, and DISMISS the appeal. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM

Memorandum Opinion delivered and
filed this 2nd day of July, 2009.

2